**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 9924
**VICTORIA C. MULLINS, ESQ.**
Nevada State Bar No. 13546
**MULLINS & TRENCHAK, ATTORNEYS AT LAW**
1614 S. Maryland Parkway
Las Vegas Nevada, 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorneys for Plaintiff*

~AND~

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada State Bar No.: 9017
**MARTA KURSHUMOVA, ESQ.**
Nevada State Bar No.: 14728
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NADEERYAH YEHUDAH-EDWARD, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS BISTRO, LLC a Limited Liability Company, d/b/a LARRY FLYNT'S HUSTLER CLUB.<br><br>Defendant. | **CASE NO.: 2:18-cv-02222-MMD-GWF**<br><br>**STIPULATION TO EXTEND TIME TO FILE A PROPOSED DISCOVERY ORDER** |

Plaintiff Nadeeryah Yehudah-Edward ("**Ms. Edward**" or "**Plaintiff**") by and through her attorneys, Philip Trenchak, Esq. of Mullins & Trenchak, Attorneys at Law, and Jenny L. Foley, Ph.D., Esq. of HKM Employment Attorneys LLP, and Las Vegas Bistro LLC by and

through their counsel of record, Deanna L. Forbush, Esq. hereby submits this stipulation and order to extend the current deadline of March 14, 2019 to file a proposed Discovery Order.

Plaintiff's counsel had an unexpected medical issue which made it difficult to complete the 26(F) conference in the allotted time. Counsel for the parties have conferred and agreed to continue the deadline, with the Court's permission, for 15 days.

This stipulation and order is sought in good faith and not for the purpose of delay. This is the first request to continue the deadline on the proposed Discovery Order.

**So Stipulated:**

Dated this 13th day of March, 2019.

| | |
|---|---|
| **JACKSON LEWIS P.C.** | **MULLINS & TRENCHAK** |
| /s/ Deanna L/ Forbush | /s/ Philip J. Trenchak |
| Deanna L. Forbush, Esq. Bar No. 6646 | Philip J. Trenchak, Esq. Bar No. 9924 |
| Daniel I. Aquino, Esq. Bar No. 5556 | Victoria Mullins, Esq. Bar No. 13546 |
| CLARK HILL, PLLC | 1614 S. Maryland Pkwy. |
| 3800 Howard Hughes Parkway, Suite 500 | Las Vegas, Nevada 89104 |
| Las Vegas, Nevada 89169 | |
| *Attorneys for Defendant* | **HKM EMPLOYMENT ATTORNEYS, LLP** |
| *Las Vega Bistro, LLC. d/b/a LARRY FLYNT'S HUSTLER CLUB* | /s/ Jenny L. Foley |
| | **JENNY L. FOLEY, Ph.D., Esq.** |
| | Nevada Bar No. 9017 |
| | 1785 East Sahara, Suite 325 |
| | Las Vegas, Nevada 89104 |
| | E-mail: jfoley@hkm.com |
| | *Attorneys for Plaintiff* |
| | *Nadeeryah Yehudad-Edward* |

### ORDER

**IT IS SO ORDERED.**

*/s/ George Foley Jr.*

UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2019