Deanna L. Forbush, Esq.
Nevada Bar No. 6646
Bert Wuester, Jr., Esq.
Nevada Bar No. 5556
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
DForbush@clarkhill.com
BWuester@clarkhill.com

*Attorneys for Defendant*
*Las Vegas Bistro, LLC*

Philip J. Trenchak, Esq.
Nevada Bar No. 9924
Victoria C. Mullins, Esq.,
1614 S. Maryland Parkway
Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*Nadeeryah Yehudah-Edward*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NADEERYAH YEHUDAH-EDWARD,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS BISTRO, LLC a limited liability company, d/b/a/ LARRY FLYNT'S HUSTLER CLUB,<br><br>Defendant. | Case No.: 2:18-cv-02222-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

It is hereby stipulated by and between Plaintiff, Nadeeryah Yehudah-Edward, by and through her counsel, Philip J. Trenchak and Victoria C. Mullins of Mullins & Trenchak, Attorneys at Law and Jenny L. Foley and Marta D. Kurshumova of HKM Employment Attorneys LLP, and Defendant, Las Vegas Bistro, by and through its counsel, Deanna L. Forbush and Bert Wuester, Jr. of Clark Hill PLLC,

that the instant matter be dismissed, with prejudice, with each Party to bear their own attorney fees and costs.

Dated this 7th day of April, 2019

**Mullins & Trenchak, Attorneys at Law**

_____
Philip J. Trenchak, Esq. (NSBN 9924)
1614 S. Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Plaintiff,
Nadeeryah Yehudah-Edward

Dated this 6th day of April, 2019

**Clark Hill PLLC**

_____
Deanna L. Forbush, Esq. (NSBN 6646)
Bert Wuester, Jr., Esq. (5556)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorneys for Defendant,
Las Vegas Bistro, LLC

**IT IS HEREBY ORDERED** that this matter be dismissed with prejudice, each Party to bear its own attorney fees and costs

Dated this 8th day of April, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

95924\337625\220526201